IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ANDREWS, : | CIVIL ACTION |
| : | NO. 11-7731 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| GERALD ROZUM, et al., : | |
| : | |
| Defendants. : | |

### **O R D E R**

**AND NOW**, this **30th** day of **July, 2013**, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) Petitioner's Motion for Stay and Abeyance (ECF No. 27) is **DENIED**;

(2) The Report and Recommendation (ECF No. 20) is **APPROVED** and **ADOPTED**;

(3) Petitioner's Objections to the Report and Recommendation (ECF Nos. 23, 26)[1] are **OVERRULED**;

(4) The Application for a Writ of Habeas Corpus (ECF No. 1)

---

[1] The Court construes Petitioner's two filings titled, "Supplement to Motion to Alter or Amend Judgment" as his Objections to the Report and Recommendation.

is **DENIED** and **DISMISSED WITH PREJUDICE**;

(5) A certificate of appealability shall not issue; and

(6) The Clerk shall mark this case **CLOSED**.

    **AND IT IS SO ORDERED.**

                                            /s/ Eduardo C. Robreno
                                            **EDUARDO C. ROBRENO, J.**